CIGNA INSURANCE VS. STEVE KILLION

NO. 07-99-0466-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

 JUNE 6, 2001

______________________________

CIGNA INSURANCE COMPANY OF TEXAS,

Appellant

v.

STEVE W. KILLION, 

Appellee

_________________________________

FROM THE 136
TH
 DISTRICT COURT OF JEFFERSON COUNTY;

NO. D-150,917; HON. MILTON GUNN SHUFFIELD, PRESIDING

_______________________________

On Motion for Rehearing

_______________________________

Before BOYD, C.J., QUINN and REAVIS, JJ.

Pending before the court are the motions of Cigna Insurance Company of Texas (Cigna) and Steve W. Killion.  That of Killion is overruled.  Concerning that of Cigna, however, we grant same to the extent that the insurer questions the manner in which costs were taxed via our judgment.  Through the latter, we ordered that “appellant pay all costs in this behalf expended . . . .”  Given that 1) Cigna was the appellant, 2) we sustained its first point of error, and 3) we reversed the judgment of the trial court and remanded for further proceedings, we must also classify Cigna as the prevailing party.  As prevailing party, the insurer is entitled to have the costs of court awarded to it.  
Tex. R. App. P.
 43.4.   Thus, we overrule the motion for rehearing filed by Steve W. Killion, grant that of Cigna Insurance Company of Texas, to the extent that it requests alteration of the manner in which costs were taxed, deny all other aspects of Cigna’s motion for rehearing, and order that Steve W. Killion pay all costs in this behalf expended.  Our judgment issued April 24, 2001 is hereby withdrawn and a corrected judgment is issued in lieu thereof.

It is so ordered.

Per Curiam

Do not publish.